[No. 25606-5-III. Division Three. December 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KAM ALAN MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00044-1, Craig J. Matheson, J., entered October 18, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25751-7-III. Division Three. December 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE MARTIN SEIPP, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-1-00282-9, David Frazier, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 57021-8-I. Division One. December 31, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP R. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00752-9, Steven J. Dwyer, J., entered August 31, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Baker, JJ.

[No. 57320-9-I. Division One. December 31, 2007.]

PAUL HIRSH, *Appellant*, v. DEZAO & DIBRIGIDA, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-2-00859-8, Steven J. Mura, J., entered July 15, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Coleman and Ellington, JJ.